IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:00-CR-216-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WADE MATTHEW HOLLOMAN | ) | |

Upon motion of the government and notice that Defendant has violated the conditions of his release, and upon finding probable cause to believe that Defendant has failed to comply with the prescribed regimen of medical, psychiatric or psychological care and treatment, the court hereby ORDERS, pursuant to 18 U.S.C. §4243(g), that a bench warrant issue and Defendant immediately be taken into custody.

Defendant is currently under the supervision of the United States Probation Office for the Eastern District of Oklahoma. The United States Marshal is directed to take Defendant to the United States Medical Center for Federal Prisoners in Springfield, Missouri ("USMCFP Springfield"), forthwith, where he shall be held for all necessary hearings and until a final Order in this matter issues. The United States Marshal is further directed to notify this court of Defendant's arrival at USMCFP Springfield, as a video-conference hearing will then be set to determine whether Defendant should be remanded to a suitable facility.

This 29 day of August 2017.

Terrence W. Boyle
United States District Judge