IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:00-CR-216-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WADE MATTHEW HOLLOMAN | ) | |

By order dated November 6, 2001, this Court found defendant not guilty only by reason of insanity and committed him to the custody and care of the Attorney General pursuant to 18 U.S.C. §§ 4243 and 4247. By order dated May 25, 2010, defendant was conditionally released from custody pursuant to 18 U.S.C. § 4243(f). This matter is now before the Court on the government's motion to revoke defendant's conditional release, filed August 29, 2017. On January 5, 2018, the Court held a hearing on the government's motion via video-conference technology.

For the reasons stated at the conclusion of that hearing, the Court finds that defendant has failed to comply with the terms of his prescribed treatment regimen, and that, in light of that failure, his continued release would create a substantial risk of bodily injury to another person or serious damage to the property of another. Defendant's release is hereby REVOKED, and it is ORDERED that he be remanded to the custody of the Attorney General for placement in a suitable facility pursuant to 18 U.S.C. § 4243.

This 9 January 2018.

TERRENCE W. BOYLE
United States District Judge