IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:00-CR-216-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | ORDER OF CONDITIONAL |
| | ) | RELEASE |
| v. | ) | |
| | ) | |
| WADE MATTHEW HOLLOMAN | ) | |
| | ) | |
| Defendant. | ) | |

By order dated November 6, 2001, this Court found defendant not guilty only by reason of insanity and committed him to the custody and care of the Attorney General pursuant to 18 U.S.C. §§ 4243 and 4247. [D.E. 26] By order dated May 25, 2010, defendant was conditionally released from custody pursuant to 18 U.S.C. § 4243(f) and was subsequently revoked for violations of the prescribed regimen of care on January 9, 2018. [D.E. 44, 65]. The Warden at the United States Medical Center for Federal Prisoners in Springfield, Missouri ("USMCFP Springfield") has now certified to the court pursuant to 18 U.S.C. § 4243(f), that Defendant has recovered from his mental disease or defect to the extent that his release under a prescribed regimen of medical, psychiatric, or psychological treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another.

Therefore, it is hereby ORDERED, pursuant to the provisions of 18 U.S.C. § 4243(f), that Defendant be conditionally released under the following specific conditions or regimen of care:

**Defendant shall:**

1) Be supervised by the United States Probation Office for the Eastern District of Missouri and comply with all of the standard conditions of supervision, any other conditions adopted by the U.S. Probation Office, and the specific conditions set forth herein.

   a. The telephone number is (3014) 244-7000.

   b. Defendant will be supervised by Deena C. Siler, United States Probation Officer, Eastern District of Missouri, or her designee.

2) Reside at Harris Manor Care Center, located at 401 South Henry Street, Farmington, Missouri.

   a. The phone number for the residence is (573) 756-5376.

   b. Any changes in residence must be approved by the supervising United States Probation Officer.

   c. Defendant's residence must be free of actual or imitation firearms, destructive devices, or other deadly weapons.

   d. Defendant must permit Harris Manor Care Center staff to search his room upon request and seize any contraband items located.

3) Permit his U.S. Probation Officer to visit him any time at his residence or elsewhere.

4) Remain in treatment and maintain any prescribed medications, including:

   a. Following all rules, regulations, and instructions of any treatment staff and complying with the treatment regimen recommended by his treatment providers; and

  b. Continuing to take any medication, including injectable units, prescribed by a qualified psychiatrist or physician until directed to cease such medication by a qualified psychiatrist or physician.

5) Submit to a mental health evaluation/treatment program under the guidance and supervision of his U.S. Probation Officer.

6) Maintain active participation in a regimen of outpatient mental health care as directed and approved by his U.S. Probation Officer.

7) Cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient or outpatient treatment, as directed by his treatment provider or U.S. Probation Officer.

8) Voluntarily admit himself into a hospital for treatment upon the recommendation of the medical provider or his U.S. Probation Officer. If local or state facilities are unable to ensure the safety of others, his U.S. Probation Officer shall contact the court for further instructions regarding Defendant's possible return to federal custody (preferably FMC Butner, North Carolina).

9) Sign all Release of Information documents that are required by any professional providing follow-up services. Defendant will waive his right to confidentiality regarding his mental health treatment in order to allow sharing of clinical information with the U.S. Probation Officer, U.S. Attorney's Office, and the Federal Bureau of Prisons officials, who will monitor Defendant's continued appropriateness for community placement.

10) Submit to a search without a warrant at the request of a U.S. Probation Officer or any law enforcement officer of his person or property, including vehicle or premises, for the purpose of determining compliance with the conditions of this order.

**Defendant shall not:**

11) Use alcohol, illegal narcotic substances, or drugs. He may be required to submit to testing for the use of drugs and alcohol at the direct of his U.S. Probation Officer.

12) Frequent places where alcohol or illegal drugs are known to be available, used, or distributed. If Defendant tests positive for alcohol or illegal drugs use, he may be taken into custody and returned to the Court for further action.

13) Have in his possession, at any time, actual or imitation firearms, destructive devices, or other deadly weapons.

14) Write, say, or communicate threats.

15) Commit a federal, state, or local crime. Defendant will immediately notify his U.S. Probation Officer within 24 hours if he is arrested or questioned by any law enforcement officer.

16) Associate with any person engaged in criminal activity or associate with any person convicted of a felony unless granted permission by his U.S. Probation Officer.

Defendant's failure to adhere to any of the conditions of his release may result in his return to custody to be brought before this Court for review of his

suitability for conditional release.

It shall be the duty and responsibility of the treatment provider to promptly notify the U.S. Probation Officer of any changes in the prescribed regimen of medical or psychiatric care, including any failure by Defendant to comply with medication or cooperate with the other requirements of the conditions listed above.

The treatment provider or U.S. Probation Officer may, at any time, recommend modification or elimination of the regimen of medical, psychiatric, or psychological care or treatment, upon certification to this Court that to do so would not create a substantial risk of bodily injury to another person or serious damage to property of another. If a request to modify or terminate the conditions of release is made, the party so requesting shall submit a motion to this Court, with adequate documentation supporting the request, and provide copies to the U.S. Probation Officer, the Office of the United States Attorney, Defendant's counsel, and the Warden of USMCFP Springfield.

Pursuant to 18 U.S.C. § 4247(e), the U.S. Probation Officer shall file annual reports with the Court, and provide copies to the United States Attorney, Defendant's counsel, and the Warden of USMCFP Springfield.

Upon receipt and verification of an Order of Conditional Release and prior to the actual date and time of release, the Bureau of Prisons shall notify the appropriate persons to schedule an arrival date, finalize the release paperwork, make transportation arrangements, arrange the initial appointment for mental health aftercare and contact the assigned U.S. Probation Officer. The U.S. Probation Officer shall notify the Court of the actual release date from USMCFP

Springfield. The Bureau of Prisons shall release Defendant after all release arrangements are satisfactory and complete.

This __12__ day of July 2019.

*[signature: Terrence W. Boyle]*

TERRENCE W. BOYLE
Chief United States District Judge